IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KUHLMAN FARMS, INC.<br><br>    Plaintiff,<br>  v.<br><br>MCDONALD PELZ GLOBAL COMMODITIES, LLC; INGREDION, INC.,<br><br>    Defendants. | **CASE NO. 7:21-CV-05005**<br><br>ORDER FOR DISMISSAL |

THIS MATTER comes before the Court on Plaintiff Kuhlman Farms, Inc's Motion for Voluntary Dismissal, Filing No. 45. The Court being fully advised in the premises, finds the above-captioned matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED by the Court that the above-entitled action be dismissed with prejudice, each party to pay their own costs.

August 1, 2022.

BY THE COURT:

_____
Joseph F. Bataillon
Senior United States District Judge